UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
CHARLES B. DAY
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
(301) 344-0393
FAX (301) 344-0394

# MEMORANDUM

TO:     Counsel of Record

FROM:     Judge Charles B. Day
    United States Magistrate Judge

RE:     <u>Robinson, et al. v. Nationstar Mortgage, LLC</u>
    Civil Action No. TDC-14-3667

DATE:     April 19, 2018

* * * * * * * * *

Please be advised that a telephone conference has been scheduled for **Tuesday, May 1, 2018 at 2:15 p.m.** in the above-captioned matter at the parties' request regarding discovery matters.

Counsel are asked to dial into the telephone conference using the following phone number, access code, and participant security code:

| | |
|---|---|
| Phone number: | (888) 684-8852 |
| Access code: | 5923783 |
| Participant Security code: | 3667 |

Please do not use speakerphones once the conference has commenced. Counsel shall submit brief letters outlining their respective positions no later than **12:00 p.m. Wednesday, April 25, 2018**. The letters should not exceed 2 pages in length and should be delivered via email to mdd_CBDChambers@mdd.uscourts.gov .

Despite the informal nature of this memorandum, it is nonetheless an Order of the Court, and the Clerk is directed to docket it as such.

                                                            /s/
                                        The Honorable Charles B. Day
                                        United States Magistrate Judge